

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00440-CV

Krystal Jennifer Rodriguez and Yolanda Vives
v.
Ruben Compian Larraga

On Appeal from the
County Court at Law No. 10 of Hidalgo County, Texas
Trial Court Cause No. CL-20-1260-J

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment of June 7, 2024, dismisses the appeal and the case is remanded to the trial court. The Court orders the judgment of June 7, 2024 VACATED, the appeal is DISMISSED and the case remanded for further proceedings consistent with its opinion. Costs of the appeal will be taxed against the party incurring the same.

We further order this decision certified below for observance.

December 11, 2025